[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 29, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14841
Non-Argument Calendar

_____

D. C. Docket No. 06-00078-CR-WDO-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TRENTON HARRIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(October 29, 2008)**

Before BIRCH, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Reza Sedghi, appointed counsel for Trenton Harris, has filed a renewed

motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Harris's conviction and sentence are **AFFIRMED.**